In the Matter of the Claim of ETHEL WEISEL, Respondent, v. NATIONAL TRANSPORTATION CO. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Bergan, P. J., Gibson, Herlihy and Reynolds, JJ., concur.